**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Phoenix Converting, Inc., | ) | Case No. 26-11935 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**Certification of Relatedness**

The undersigned attorney certifies that:

1.  Seven (7) cases are being filed under chapter 11 that are related to each other, related to case(s) now pending, or both.

2.  The cases are related because the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

3.  List of related bankruptcy case numbers and case names:

    In re: Phoenix Converting, Inc., Case No. 26-11935;
    In re: Valley Packaging Supply Co., Inc., Case No. 26-11940;
    In re: PCG/SPT Holdings, Inc., Case No. 26-11942;
    In re: Advanced Converting Works, Inc., Case No. 26-11944;
    In re: Advanced Converting Works Holdings, LLC, Case No. 26-11948;
    In re: ACW Flex Pack Management, Inc., Case No. 26-11945; and
    In re: ACW Flex Pack, LLC, Case No. 26-11941.


Date of certification: July 20, 2026      Attorney's Signature: /s/ Alexander F. Brougham

1490849