Fill in this information to identify the case:

Debtor name │ Phoenix Converting, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Charter Next Generation  Inc P.O. Box 9183427 Chicago, IL 60691 | Very Hockensmith  very.hockensmith@cnginc.com (567) 209-1266 | Trade Debt | | | | $21,406.00 |
| Cintas P.O. Box 88005 Chicago, IL 60680 | Veronica Mazzuca  MazzucaV@cintas.com 847-310-6742 | Trade Debt | | | | $16,146.00 |
| City National Bank of Florida Attn: Jorge Gonzalez, CEO 2701 S LeJeune Rd 8th Floor Coral Gables, FL 33134 | Robert P. Frankel, Esq.  robert@frankelpa.com 305-358-5690 | Secured Loan | | $35,512,875.00 | Unknown | Unknown |
| Distinct Packabilities of KY LLC Attn: Accounts Rec PO Box 1627 Shephersdville, KY 40165 | Jennifer Puckett  jpuckett@distinctpack.com 502-264-9691 | Trade Debt | | | | $29,174.00 |
| Elite Extrusion Technology 3620 Ohio Ave. St. Charles, IL 60174 | Gorette Espino  gorette@eetfilm.com 630-485-2020 | Trade Debt | | | | $47,189.00 |
| Elplast America 795 Enterprise Drive Marion, IA 52302 | Ashley Masten  a.masten@elplastamerica.com 319-243-1131 | Trade Debt | | | | $50,597.00 |
| Flex Films USA Inc. 1221 North Black Branch Rd Elizabethtown, KY 42701 | Scarlett Skeeters  scarlett.skeeters@flexfilm.com (270) 982 3456 | Trade Debt | | | | $17,898.00 |

Debtor   Phoenix Converting, Inc.                                    Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Henkel Corporation Consumer Ad P.O. Box 738841 Dallas, TX 75373-8841 | Loraine Nerveza loraine.nerveza@henkel.com 632-885-91672 | Trade Debt | | | | $62,973.00 |
| Marubeni America Corporation P.O. Box 776843 Chicago, IL 60677 | Michelle M michel-m@marubeni.com 914-428-6501 | Trade Debt | | | | $42,384.00 |
| Pilcher Hamilton Corp. 850 S Buncombe Road Greer, SC 29650 | Wendy Austin wendy.austin@pilcherhamilton.com 513-489-8840 ext. 343 | Trade Debt | | | | $60,280.00 |
| Presto Products Company P.O. Box 842320 Dallas, TX 75284-2320 | Hansel Orrego Hansel.Orrego@reynoldsbrands.com 224-331-1367 | Trade Debt | | | | $15,512.00 |
| Prism Packaging Consultants  LLC PO Box 7048 Group 30004 Indianapolis, IN 46207 | Kristin Lorenz Kristin.Lorenz@prismpkg.com 779-758-8004 | Trade Debt | | | | $138,640.00 |
| ProAmpac Rochester LLC 12025 Tricon Road CINCINNATI, OH 45246 | Nancy Wright Nancy.Wright@proampac.com 413-875-9748 | Trade Debt | | | | $35,904.00 |
| ProAmPac Westfield 12025 Tricon Road CINCINNATI, OH 45246 | Nancy Wright Nancy.Wright@proampac.com 413-875-9748 | Trade Debt | | | | $1,245,323.00 |
| ProPals Industries LTD 3200 BLVD CORBUSIER Laval, QC H7L 4S8 CANADA | Arlette Elhange aelhage@propals.com 514-335-2935 Ext 221 | Trade Debt | | | | $268,711.38 |
| Siegwerk EIC P.O. Box 719273 Philadelphia, PA 19171-9273 | Deborah Souleyrette deborah.souleyrette@siegwerk.com 515-471-2100 | Trade Debt | | | | $14,929.00 |

Debtor    Phoenix Converting, Inc.                                          Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| STAG Industrial 100 Federal Street 29th Floor Boston, MA 02110 | Julie Hagopian ar@stagindustrial.com 617-574-4777 | Lease of Real Property | | | | $101,966.40 |
| The Roller Specialist 1220 American Way P.O. Box 74 Watertown, WI 53094 | Stacia Marciniak stacia@therollerspecialist.com 920.262.1817 | Trade Debt | | | | $18,789.00 |
| VERSTELA 231 W. GRAND AVE. BENSENVILLE, IL 60106 | Joe Kurucar joe.kurucar@verstela.com (630) 787-2907 | Trade Debt | | | | $70,995.00 |
| Zip-pak 33853 Treasury Center Chicago, IL 60694 | Jenny Staton jenny.staton@zippak.com 815-468-6500 x 126 | Trade Debt | | | | $15,823.00 |